UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAYMOND J. SIMONS,<br><br>Plaintiff,<br><br>v.<br><br>MYICIS, aka ALFII/MYICIS, et al.,<br><br>Defendants. | CASE NO. C07-413RSM<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Ricardo S. Martinez, United States District Judge:

Plaintiff's unopposed motion for summary judgment (Dkt. # 2) fails to present evidentiary facts from which the Court may determine this matter on the merits. F.R.Civ.Proc. 56(e). The motion is accordingly DENIED without prejudice. The Court notes that defendants have failed to appear or defend, so the matter is more appropriately resolved by a motion for entry of default and a motion for default judgment pursuant to F.R.Civ.Proc. 55.

DATED this 23rd day of July, 2007.

BRUCE RIFKIN, Clerk

By: /s/ Rhonda Stiles
    Deputy Clerk

MINUTE ORDER